# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WENZEL, PAUL J JR. | § | Case No. 06-70731 |
| WENZEL, CHRISTENE A | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of               $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/DANIEL M. DONAHUE_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 06-70731 | MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | WENZEL, PAUL J JR. | | | Date Filed (f) or Converted (c): | 05/01/06 (f) |
| | WENZEL, CHRISTENE A | | | 341(a) Meeting Date: | 06/08/06 |
| For Period Ending: | 10/01/13 | | | Claims Bar Date: | 07/13/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 325 Elder Drive, Cary, IL | 180,000.00 | 25,000.00 | OA | 5,500.00 | FA |
| 2. Checking Account - Chase Bank | 0.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account - Chase Bank | 0.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous sports equipment | 200.00 | 0.00 | | 0.00 | FA |
| 8. Debts owed to debtors by Tim Dieball | 4,500.00 | 0.00 | | 0.00 | FA |
| 9. 1997 GMC Sonoma | 4,000.00 | 0.00 | | 0.00 | FA |
| 10. 1997 Dodge Stratus | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. 1973 Triumph Spitfire | 500.00 | 0.00 | | 0.00 | FA |
| 12. Computer & printer | 100.00 | 0.00 | | 0.00 | FA |
| 13. Business inventory-toys, books, cribs, cots & lin | 425.00 | 0.00 | | 0.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | 0.47 | | 0.47 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $193,525.00 | $25,000.47 | | $5,500.47 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 10/01/11     Current Projected Date of Final Report (TFR): 09/01/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 06-70731 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- |
| Case Name: | WENZEL, PAUL J JR. | | Bank Name: | Bank of America, NA |
| | WENZEL, CHRISTENE A | | Account Number / CD #: | *******3419  MONEY MARKET |
| Taxpayer ID No: | *******4459 | | | |
| For Period Ending: | 10/01/13 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/17/11 | 1 | PAUL AND CHRISTINE WENZEL | INTEREST IN REAL ESTATE | 1110-000 | 5,000.00 | | 5,000.00 |
| | | c/o Jones & Hart Law Offices | | | | | |
| 03/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 5,000.01 |
| 04/29/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,000.05 |
| 05/04/11 | 1 | WENZEL, PAUL & CHRISTINE | INTEREST IN REAL ESTATE | 1110-000 | 500.00 | | 5,500.05 |
| 05/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,500.10 |
| 06/16/11 | 001000 | INTERNATIONAL SURETIES, LTD. | Blanket Bond #016018067 | 2300-000 | | 4.71 | 5,495.39 |
| | | 701 POYDRAS ST., STE. 420 | TERM:  06/01/11 - 06/01/12 | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 06/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,495.44 |
| 07/29/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,495.48 |
| 08/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,495.53 |
| 09/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,495.58 |
| 10/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,495.63 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.00 | 5,488.63 |
| 11/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,488.68 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.77 | 5,481.91 |
| 12/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,481.96 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.76 | 5,475.20 |
| 01/19/12 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 5,475.23 |
| 01/19/12 | | Transfer to Acct #*******3937 | Bank Funds Transfer | 9999-000 | | 5,475.23 | 0.00 |

Page Subtotals  5,500.47  5,500.47

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 06-70731 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WENZEL, PAUL J JR. | Bank Name: | Bank of America, NA |
|  | WENZEL, CHRISTENE A | Account Number / CD #: | *******3419  MONEY MARKET |
| Taxpayer ID No: | *******4459 |  |  |
| For Period Ending: | 10/01/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | COLUMN TOTALS |  | 5,500.47 | 5,500.47 | 0.00 |
|  |  | Less: Bank Transfers/CD's |  | 0.00 | 5,475.23 |  |
|  |  | Subtotal |  | 5,500.47 | 25.24 |  |
|  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  | Net |  | 5,500.47 | 25.24 |  |

Page Subtotals       0.00        0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 17.03

Case 06-70731   Doc 112   Filed 10/08/13   Entered 10/08/13 11:21:07   Desc Main
Document   Page 6 of 12

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-70731 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WENZEL, PAUL J JR. | Bank Name: | CONGRESSIONAL BANK |
| | WENZEL, CHRISTENE A | Account Number / CD #: | *******3937  GENERAL CHECKING |
| Taxpayer ID No: | *******4459 | | |
| For Period Ending: | 10/01/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******3419 | Bank Funds Transfer | 9999-000 | 5,475.23 | | 5,475.23 |
| 06/19/12 | 000100 | INTERNATIONAL SURETIES, LTD. | BLANKET BOND - BOND #016018067 | 2300-000 | | 4.41 | 5,470.82 |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (February, 2013) | 2600-000 | | 10.00 | 5,460.82 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (March, 2013) | 2600-000 | | 10.00 | 5,450.82 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (April, 2013) | 2600-000 | | 10.00 | 5,440.82 |
| 06/04/13 | 000101 | INTERNATIONAL SURETIES, LTD. | Blanket Bond | 2300-000 | | 4.50 | 5,436.32 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 06/04/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2013 | 2600-000 | | 10.00 | 5,426.32 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - June, 2013 | 2600-000 | | 10.00 | 5,416.32 |
| * 07/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2013 | 2600-003 | | 10.00 | 5,406.32 |
| * 07/08/13 | | Reverses Adjustment OUT on 07/08/13 | BANK SERVICE FEE - May, 2013 DATE OF ENTRY INCORRECT | 2600-003 | | -10.00 | 5,416.32 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - July, 2013 | 2600-000 | | 10.00 | 5,406.32 |
| 09/05/13 | | CONGRESSIONAL BANK | REVERSAL OF BANK SERVICE FEE - 7/13 | 2600-000 | 10.00 | | 5,416.32 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 5,485.23 | 68.91 | 5,416.32 |
| Less:  Bank Transfers/CD's | 5,475.23 | 0.00 | |
| Subtotal | 10.00 | 68.91 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 10.00 | 68.91 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - *******3419 | 5,500.47 | 25.24 | 0.00 |
| GENERAL CHECKING - *******3937 | 10.00 | 68.91 | 5,416.32 |

Page Subtotals     5,485.23     68.91

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*
LFORM24

Ver: 17.03

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 06-70731 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | WENZEL, PAUL J JR. | | Bank Name: | CONGRESSIONAL BANK |
| | WENZEL, CHRISTENE A | | Account Number / CD #: | *******3937 GENERAL CHECKING |
| Taxpayer ID No: | *******4459 | | | |
| For Period Ending: | 10/01/13 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 5,510.47 | 94.15 | 5,416.32 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 01, 2013 |
|---|---|---|---|---|---|---|
| Case Number: 06-70731<br>Debtor Name: WENZEL, PAUL J JR. | | Claim Type Sequence | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000013 | Minnesota Office of Higher Education<br>1450 Enegry Park Drive, #350<br>St. Paul, MN 55108 | Unsecured | | $0.00 | $5,147.99 | $5,147.99 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $9.12 | $9.12 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $4.50 | $4.50 |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $1,970.66 | $1,970.66 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $279.03 | $279.03 |
| 000004<br>050<br>4110-00 | Acqura Loan Services<br>c/o Codilis & Associates,P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527 | Secured | | $0.00 | $108,224.45 | $108,224.45 |
| 000001<br>070<br>7100-00 | Discover Bank/Discover Financial Services<br>PO Box 3025<br>New Albany OH 43054 | Unsecured | | $0.00 | $6,564.09 | $4,501.72 |
| 000002<br>070<br>7100-00 | ECMC<br>7325 Beaufont Springs<br>Suite 200<br>Richmond, VA 23225 | Unsecured | | $0.00 | $6,871.66 | $4,712.66 |
| 000003<br>070<br>7100-00 | MN Office of Higher Education<br>P O Box 64449<br>St Paul, MN 55164 | Unsecured | | $0.00 | $4,624.71 | $3,171.68 |
| 000005<br>070<br>7100-00 | John P. Konecnik, Jr.<br>c/o Peter J. Ludwig, Attorney<br>217 E. Jefferson Street, Box 190<br>Burlington, WI 53105 | Unsecured | | $0.00 | $44,000.00 | $30,175.68 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 01, 2013 |

Case Number: 06-70731  
Debtor Name: WENZEL, PAUL J JR.

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000006<br>070<br>7100-00 | Schneider Training Academy<br>911 Glory Rd.<br>Greenbay, WI 54306 | Unsecured | | $0.00 | $3,500.00 | $2,400.34 |
| 000007<br>070<br>7100-00 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $0.00 | $173.99 | $119.32 |
| 000008<br>070<br>7100-00 | ROUNDUP FUNDING, L.L.C.<br>MS 550<br>PO Box 91121<br>SEATTLE, WA 98111-9221 | Unsecured | | $0.00 | $287.91 | $197.45 |
| 000009<br>070<br>7100-00 | Department of the Treasury-Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | Unsecured | | $0.00 | $6.34 | $5.66 |
| 000010<br>070<br>7100-00 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $0.00 | $160.02 | $109.74 |
| 000011<br>070<br>7100-00 | Mercy Health System<br>c/o AmeriCollect<br>Post Office Box 1566<br>Manitowoc, WI 54221 | Unsecured | | $0.00 | $134.00 | $91.90 |
| 000012<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $4,501.72 | $4,501.72 |
| 000014<br>070<br>7100-00 | Warren E Wolschiager PC<br>Wolschiager Chiropractic Health Ctr<br>1408 S Main St<br>Algonquin, IL 60102 | Unsecured | | $0.00 | $3,837.83 | $3,837.83 |
| | Case Totals: | | | $0.00 | $190,298.02 | $169,461.45 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-70731
Case Name: WENZEL, PAUL J JR.
        WENZEL, CHRISTENE A
Trustee Name: DANIEL M. DONAHUE

Balance on hand     $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004 | Acqura Loan Services | $ | $ | $ | $ |

Total to be paid to secured creditors     $_____

Remaining Balance     $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank/Discover Financial Services | $ | $ | $ |
| 000002 | ECMC | $ | $ | $ |
| 000003 | MN Office of Higher Education | $ | $ | $ |
| 000005 | John P. Konecnik, Jr. | $ | $ | $ |
| 000006 | Schneider Training Academy | $ | $ | $ |
| 000007 | Roundup Funding, LLC | $ | $ | $ |
| 000008 | ROUNDUP FUNDING, L.L.C. | $ | $ | $ |
| 000009 | Department of the Treasury-Internal Revenue | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Roundup Funding, LLC | $ | $ | $ |
| 000011 | Mercy Health System | $ | $ | $ |
| 000014 | Warren E Wolschiager PC | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE