**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| WENZEL, PAUL J JR. | § | Case No. 06-70731 |
| WENZEL, CHRISTENE A | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Clerk's Office
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Room 1100
Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/4/2013 in Courtroom 3100,
United States Courthouse
327 South Church Street
Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: /s/ Daniel M. Donahue
                                                            Trustee


DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
WENZEL, PAUL J JR. § Case No. 06-70731
WENZEL, CHRISTENE A §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,500.47 |
| and approved disbursements of | $ | 84.15 |
| leaving a balance on hand of[1] | $ | 5,416.32 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004 | Acqura Loan Services | $ 108,224.45 | $ 108,224.45 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors           $         0.00
Remaining Balance                                $     5,416.32

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,300.05 | $ 0.00 | $ 1,300.05 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 1,970.66 | $ 0.00 | $ 1,970.66 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 279.03 | $ 0.00 | $ 279.03 |

Total to be paid for chapter 7 administrative expenses     $     3,549.74

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Remaining Balance                                                                    $         1,866.58

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 49,323.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank/Discover Financial Services | $ 4,501.72 | $ 0.00 | $ 170.36 |
| 000002 | ECMC | $ 4,712.66 | $ 0.00 | $ 178.34 |
| 000003 | MN Office of Higher Education | $ 3,171.68 | $ 0.00 | $ 120.03 |
| 000005 | John P. Konecnik, Jr. | $ 30,175.68 | $ 0.00 | $ 1,141.95 |
| 000006 | Schneider Training Academy | $ 2,400.34 | $ 0.00 | $ 90.84 |
| 000007 | Roundup Funding, LLC | $ 119.32 | $ 0.00 | $ 4.51 |
| 000008 | ROUNDUP FUNDING, L.L.C. | $ 197.45 | $ 0.00 | $ 7.47 |
| 000009 | Department of the Treasury-Internal Revenue | $ 5.66 | $ 0.00 | $ 0.21 |

Case 06-70731    Doc 117    Filed 10/09/13    Entered 10/11/13 23:40:52    Desc Imaged
         Certificate of Notice    Page 4 of 7

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Roundup Funding, LLC | $ 109.74 | $ 0.00 | $ 4.15 |
| 000011 | Mercy Health System | $ 91.90 | $ 0.00 | $ 3.48 |
| 000014 | Warren E Wolschiager PC | $ 3,837.83 | $ 0.00 | $ 145.24 |

Total to be paid to timely general unsecured creditors     $     1,866.58

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
                              Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                         Case No. 06-70731-TML
Paul J Wenzel, Jr.                                             Chapter 7
Christene A Wenzel
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith              Page 1 of 3              Date Rcvd: Oct 09, 2013
                              Form ID: pdf006             Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2013.
```
db            #+Paul J Wenzel, Jr.,    325 Eden Drive,    Cary, IL 60013-2105
jdb           #+Christene A Wenzel,    325 Eden Drive,    Cary, IL 60013-2105
14628880       +Acqura Loan Services,    c/o Codilis & Associates,P.C.,     15W030 North Frontage Road, Suite 100,
                 Burr Ridge, IL 60527-6921
10715049       +Advanced Surgery Care of N. IL,    27790 W. Hwy 22, #3,    Barrington, Illinois 60010-2395
10936651       +Bank of America,    475 Crosspoint Pkwy,    P O Box 9000,    Getzville, KY 14068-9000
10715050       +Bank of America,    475 Crosspoint Pkwy, Box 9000,    Getzville, NY 14068-1609
10907417       +Bank of America, N.A.,    475 Crosspoint Parkway,    P.O. Box 9000,    Getzville, NY 14068-9000
10715051       +Barrington Anesthesia,    8135 N. Milwaukee Avenue,    Niles, IL 60714-2828
10715053       +Barrington Radiology & Imaging,    Post Office Box 71129,    Chicago, Illinois 60694-1129
10715054       +Cingular Wireless,    c/o Bureau of Collection Recovery,    Post Office Box 9001,
                 Minnetonka, MN 55345-9001
10715057       +Discover Financial Services,    c/o Baker, Miller, Markoff & Krasny,
                 29 N. Wacker Drive, 5th Floor,    Chicago, IL 60606-3221
11010696       +ECMC,   7325 Beaufont Springs,    Suite 200,    Richmond, VA 23225-5563
15798006        Family Practice Specialists,    2285 Pepper Rd,    Lake Barrington, IL 60010
11011569       +GMAC Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
15798007       +Good Shepherd Hospital,    450 W Hwy 22,    Barrington, IL 60010-1999
10715059       +Good Shepherd Hospital,    450 W. Highway 22,    Barrington, Illinois 60010-1999
10715060       +Good Shepherd Hospital,    c/o Harris & Harris,    600 W. Jackson Blvd., #400,
                 Chicago, IL 60661-5675
10715062       +Good Shepherd Hospital,    c/o Pellittieri & Assoc.,    991 Oak Creek Drive,
                 Lombard, IL 60148-6408
15798008       +Good Shepherd Hospital,    c/o Harris & Harris,    222 Merchandise Mart Plaza #1900,
                 Chicago, IL 60654-1421
10715061       +Good Shepherd Hospital,    c/o Medical Recovery Spec.,    2350 E. Devon Ave., #225,
                 Des Plaines, IL 60018-4602
10735220       +Great Lakes Educational Loan Services Inc,    Claims Filing Unit,    P O Box 8973,
                 Madison, WI 53708-8973
10715063       +Great Lakes Higher Education Guarantee Corp,    P O Box 7858,    Madison, Wi 53707-7858
15798009       +High Tech Med Imaging,    POB 226,    Lake Zurich, IL 60047-0226
10715064       #Household Finance,    Post Office Box 17574,    Baltimore, MD 21297-1574
10715066       +John P. Konecnik, Jr.,    c/o Peter J. Ludwig, Attorney,    217 E. Jefferson Street, Box 190,
                 Burlington, WI 53105-1429
15798011       +Lake/McHenry Pathology Assoc,    c/o NCO Financial Systems Inc,    POB 959,
                 Brookfield, WI 53008-0959
15798010        Lake/McHenry Pathology Assoc,    620 E 22nd St,    Lombard, IL 60148
15798012       +MHS Physicians,    POB 5081,    Janesville, WI 53547-5081
10886805       +MN Office of Higher Education,    P O Box 64449,    St Paul, MN 55164-0449
10715068        Mercy Health System,    Post Office Box 8188,    Janesville, WI 53547-8188
10715069       +Midwest Diagnostic Pathology,    75 Remittance Drive, #3070,    Chicago, Illinois 60675-3070
10715070       +Minnesota Office of Higher Education,    1450 Enegry Park Drive, #350,    St. Paul, MN 55108-5265
15798014       +Northern IL Medical Center,    c/o H & R Accts,    7017 John Deere Pkwy,    Moline, IL 61265-8072
15798013       +Northern IL Medical Center,    POB 1447,    Woodstock, IL 60098-1447
10715071       +Orthopaedic and Spine Surgery,    2350 Royal Blvd., #200,    Elgin, IL 60123-4718
10715072       +Orthopaedic and Spine Surgery,    c/o Phillip J. Rotche & Assoc.,    320 S. Westmore,
                 Lombard, IL 60148-3024
10715074        Quest Diagnostics,    Post Office Box 64500,    Baltimore, MD 21264-4500
10715075       +Schneider Training Academy,    911 Glory Rd.,    Greenbay, WI 54304-5605
11790013       +Select Portfolio Servicing,    POB 65450,    Salt Lake City UT 84165-0450
10715076       +Stephen A. Madry, MD,    c/o Transworld Systems,    25 Northwest Point Blvd., #750,
                 Elk Grove Village, IL 60007-1058
15798017       +Tri-County Emergency Phys,    POB 98,    Barrington, IL 60011-0098
10715077       +Tri-County Emergency Phys.,    c/o Medical Business Bureau,    Post Office Box 1219,
                 Park Ridge, IL 60068-7219
10715078       +Tri-County Emergency Phys.,    Post Office Box 369,    Barrington, IL 60011-0369
10715079       +Utility Resource Solutions,    2603 Augusta Drive, #140,    Houston, TX 77057-5678
15798018       +Warren E Wolschiager PC,    Wolschiager Chiropractic Health Ctr,    1408 S Main St,
                 Algonquin, IL 60102-2746
15798019       +Wellington Radiology Group,    9410 Compubill Dr,    Orland Park, IL 60462-2627
15798020       +Wellington Radiology Group,    c/o KCA Financial Serv,    POB 53,    Geneva, IL 60134-0053
10715081       +World Financial Network Bank,    c/o WFNNB Audit & Investigation,    Post Office Box 182124,
                 Columbus, OH 43218-2124
10715082        World Financial Network Bank,    Post Office Box 659794,    San Antonio, TX 78265-9794
11501838       +eCAST Settlement Corporation,    P O Box 35480,    Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11049446       +E-mail/Text: resurgentbknotifications@resurgent.com Oct 10 2013 00:52:36
                 B-Line, LLC/Cingular Wireless LLC,    Mail Stop 550,    2101 Fourth Ave., Suite 1030,
                 Seattle, WA 98121-2317
10938915       +E-mail/Text: resurgentbknotifications@resurgent.com Oct 10 2013 00:52:36
                 B-Line, LLC/Sherman Acquisition, LLC,    MCI COMMUNICATIONS SERVICES, INC,    Mail Stop 550,
                 2101 Fourth Ave., Suite 1030,    Seattle, WA 98121-2317
```

```
District/off: 0752-3          User: lorsmith              Page 2 of 3               Date Rcvd: Oct 09, 2013
                              Form ID: pdf006             Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
10715052     +E-mail/Text: bkynotice@harvardcollect.com Oct 10 2013 00:55:59       Barrington Anesthesia,
               c/o Harvard Collecton Service,    4839 N. Elston Ave.,   Chicago, IL 60630-2534
10715055      E-mail/Text: g20956@att.com Oct 10 2013 00:54:55       Cingular Wireless,   Post Office Box 6428,
               Carol Stream, Illinois 60197-6428
10715058      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 10 2013 01:05:32       Discover Financial Services,
               Post Office Box 8003,   Hilliard, Ohio 43026
17131370      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 10 2013 01:05:32       Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
10870945     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 10 2013 01:05:32
               Discover Bank/Discover Financial Services,    PO Box 3025,   New Albany OH 43054-3025
10715065      E-mail/Text: cio.bncmail@irs.gov Oct 10 2013 00:51:10
               Department of the Treasury-Internal Revenue Servic,    Centralized Insolvency Operations,
               P O Box 21126,   Philadelphia, PA 19114
10715067     +E-mail/Text: ebn@americollect.com Oct 10 2013 00:57:36       Mercy Health System,
               c/o AmeriCollect,   Post Office Box 1566,   Manitowoc, WI 54221-1566
10715073     +E-mail/Text: bkrpt@retrievalmasters.com Oct 10 2013 00:54:02       Quest Diagnostics,   c/o AMCA,
               2269 South Sawmill River Rd., #3,    Elmsford, NY 10523-3848
15798016     +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 10 2013 00:55:23       Quest Diagnostics,
               c/o Credit Collection Serv,   2 Wells Ave,   Newton Center, MA 02459-3208
11531817      E-mail/Text: resurgentbknotifications@resurgent.com Oct 10 2013 00:52:35
               ROUNDUP FUNDING, L.L.C.,   MS 550,   PO Box 91121,   SEATTLE, WA 98111-9221
10715080     +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 10 2013 00:57:53
               Utility Resource Solutions,   c/o NCO Financial Systems,    507 Prudential Rd.,
               Horsham, PA 19044-2308
10908673     +E-mail/Text: bncmail@w-legal.com Oct 10 2013 00:57:38       World Financial Network National Bank,
               Express,   c/o Weinstein & Riley, P.S.,    2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15798015*    +Quest Diagnostics,    POB 64500,   Baltimore, MD 21264-0001
12729953*     Roundup Funding, LLC,    MS 550,   PO Box 91121,   Seattle, WA 98111-9221
12863099*     Roundup Funding, LLC,    MS 550,   PO Box 91121,   Seattle, WA 98111-9221
10715056    ##+Definity Health,   Post Office Box 77023,   Minneapolis, MN 55480-7723
                                                                                 TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2013                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2013 at the address(es) listed below:
```
              Carole J. Ryczek    on behalf of Trustee Daniel  Donahue carole.ryczek@usdoj.gov
              Daniel  Donahue     ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
              Daniel  Donahue     on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
               ddonahue@ecf.epiqsystems.com
              Daniel M Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
              John J Carrozza    on behalf of Joint Debtor Christene A Wenzel john@joneshart.com,
               matilda@joneshart.com
              John J Carrozza    on behalf of Debtor Paul J Wenzel, Jr. john@joneshart.com,
               matilda@joneshart.com
              Jose G Moreno    on behalf of Creditor   Acqura Loan Services nd-one@il.cslegal.com
              Kathleen A McCallister    on behalf of Trustee Lydia  Meyer kam@lsm13trustee.com
              Lydia  Meyer    on behalf of Trustee Lydia  Meyer ecf@lsm13trustee.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
```

```
District/off: 0752-3          User: lorsmith              Page 3 of 3                   Date Rcvd: Oct 09, 2013
                              Form ID: pdf006             Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Richard T Jones    on behalf of Joint Debtor Christene A Wenzel matilda@joneshart.com, john@joneshart.com
          Richard T Jones    on behalf of Debtor Paul J Wenzel, Jr. matilda@joneshart.com, john@joneshart.com
          Timothy R Yueill    on behalf of Creditor    Deutsche Bank National Trust Company timothyy@nevellaw.com

                                                                                                 TOTAL: 13