# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
  §
WENZEL, PAUL J JR. § Case No. 06-70731
WENZEL, CHRISTENE A §
  §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/DANIEL M. DONAHUE_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | ACQURA LOAN SERVICES |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Family Practice SpeCialist 22285 Pepper Road Lake Barrington, IL 60010 | | | | | |
| | Good Shepherd Hospital 450 W. Highway 22 Barrington, Il 60010 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Good Shepherd Hospital clo Harris & Harris 222 Merchandise Mart Plaza, #1900 Chicago, IL 60654 | | | | | |
| | High Tech Med. Imaging Post OffIce Box 226 Lake Zurich, IL 60047 | | | | | |
| | Lake/McHenry Pathology Assoc. 520 East 22nd Street Lombard, II 60148 | | | | | |
| | Lake/McHenry Pathology Assoc. clo NCO Financial Systems, Inc. Post Office Box 959 Brookfield, WI 53008-0959 | | | | | |
| | MHS PhYSicians Post Office Box 5081 Janesville, WI 53547-5081 | | | | | |
| | Northern IL Medical Center Post Office Box 1447 Woodstock, II 60098 | | | | | |
| | Northern IL Medical Center clo H&R Accts. 7017 John Deere Pkwy MOline, IL 61265 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quest Diagnostics Post Office Box 64500 Baltimore, MD 21264-4500 | | | | | |
| | Quest Diagnostics c/o Credit Collection Servo 2 Wells Avenue Newton Center, MA 02459 | | | | | |
| | Tri-County Emergency Phys. Post Office Box 98 Barrington, IL 60011-0098 | | | | | |
| | Warren E. Wolschlager, PC Wolschlager Chiropractic Health Ctr 1408 S. Main Street Algonquin, IL 60102-2746 | | | | | |
| | Wellington Radiology Group 9410 Compubill Drive Orland Park, IL 60462 | | | | | |
| | Wellington Radiology Group c/o KCA Financial Servo Post Office Box 53 Geneva, IL 60134-0053 | | | | | |
| 000008 | B-LINE, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| 000012 | DISCOVER BANK | | | | | |
| 000001 | DISCOVER BANK/DISCOVER FINANCIAL SE | | | | | |
| 000002 | GREAT LAKES HIGHER EDUCATION GUARAN | | | | | |
| 000005 | JOHN P. KONECNIK, JR. | | | | | |
| 000011 | MERCY HEALTH SYSTEM | | | | | |
| 000013 | MINNESOTA OFFICE OF HIGHER EDUCATIO | | | | | |
| 000003 | MN OFFICE OF HIGHER EDUCATION | | | | | |
| 000010 | ROUNDUP FUNDING, LLC | | | | | |
| 000006 | SCHNEIDER TRAINING ACADEMY | | | | | |
| 000014 | WARREN E WOLSCHIAGER PC | | | | | |
| 000007 | WORLD FINANCIAL NETWORK NATIONAL BA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 06-70731 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WENZEL, PAUL J JR. | Date Filed (f) or Converted (c): | 05/01/06 (f) |
| | WENZEL, CHRISTENE A | 341(a) Meeting Date: | 06/08/06 |
| For Period Ending: | 03/14/14 | Claims Bar Date: | 07/13/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 325 Elder Drive, Cary, IL | 180,000.00 | 25,000.00 | OA | 5,500.00 | FA |
| 2. Checking Account - Chase Bank | 0.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account - Chase Bank | 0.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous sports equipment | 200.00 | 0.00 | | 0.00 | FA |
| 8. Debts owed to debtors by Tim Dieball | 4,500.00 | 0.00 | | 0.00 | FA |
| 9. 1997 GMC Sonoma | 4,000.00 | 0.00 | | 0.00 | FA |
| 10. 1997 Dodge Stratus | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. 1973 Triumph Spitfire | 500.00 | 0.00 | | 0.00 | FA |
| 12. Computer & printer | 100.00 | 0.00 | | 0.00 | FA |
| 13. Business inventory-toys, books, cribs, cots & lin | 425.00 | 0.00 | | 0.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | 0.47 | | 0.47 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $193,525.00       $25,000.47       $5,500.47       $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 10/01/11     Current Projected Date of Final Report (TFR): 09/01/13

LFORM1                                                                                                                          Ver: 17.05

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-70731 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WENZEL, PAUL J JR. | Bank Name: | Bank of America, NA |
| | WENZEL, CHRISTENE A | Account Number / CD #: | *******3419 MONEY MARKET |
| Taxpayer ID No: | *******4459 | | |
| For Period Ending: | 03/14/14 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/17/11 | 1 | PAUL AND CHRISTINE WENZEL | INTEREST IN REAL ESTATE | 1110-000 | 5,000.00 | | 5,000.00 |
| | | c/o Jones & Hart Law Offices | | | | | |
| 03/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 5,000.01 |
| 04/29/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.05 |
| 05/04/11 | 1 | WENZEL, PAUL & CHRISTINE | INTEREST IN REAL ESTATE | 1110-000 | 500.00 | | 5,500.05 |
| 05/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,500.10 |
| 06/16/11 | 001000 | INTERNATIONAL SURETIES, LTD. | Blanket Bond #016018067 | 2300-000 | | 4.71 | 5,495.39 |
| | | 701 POYDRAS ST., STE. 420 | TERM: 06/01/11 - 06/01/12 | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 06/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,495.44 |
| 07/29/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,495.48 |
| 08/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,495.53 |
| 09/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,495.58 |
| 10/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,495.63 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.00 | 5,488.63 |
| 11/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,488.68 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.77 | 5,481.91 |
| 12/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,481.96 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.76 | 5,475.20 |
| 01/19/12 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 5,475.23 |
| 01/19/12 | | Transfer to Acct #*******3937 | Bank Funds Transfer | 9999-000 | | 5,475.23 | 0.00 |

Page Subtotals       5,500.47       5,500.47

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-70731 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WENZEL, PAUL J JR. | Bank Name: | Bank of America, NA |
|  | WENZEL, CHRISTENE A | Account Number / CD #: | *******3419  MONEY MARKET |
| Taxpayer ID No: | *******4459 |  |  |
| For Period Ending: | 03/14/14 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | COLUMN TOTALS | 5,500.47 | 5,500.47 | 0.00 |
|  |  | Less:  Bank Transfers/CD's | 0.00 | 5,475.23 |  |
|  |  | Subtotal | 5,500.47 | 25.24 |  |
|  |  | Less:  Payments to Debtors |  | 0.00 |  |
|  |  | Net | 5,500.47 | 25.24 |  |

Page Subtotals        0.00        0.00

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-70731 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WENZEL, PAUL J JR. | Bank Name: | CONGRESSIONAL BANK |
|  | WENZEL, CHRISTENE A | Account Number / CD #: | *******3937  GENERAL CHECKING |
| Taxpayer ID No: | *******4459 | | |
| For Period Ending: | 03/14/14 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******3419 | Bank Funds Transfer | 9999-000 | 5,475.23 | | 5,475.23 |
| 06/19/12 | 000100 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | BLANKET BOND - BOND #016018067 | 2300-000 | | 4.41 | 5,470.82 |
| 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (February, 2013) | 2600-000 | | 10.00 | 5,460.82 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (March, 2013) | 2600-000 | | 10.00 | 5,450.82 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (April, 2013) | 2600-000 | | 10.00 | 5,440.82 |
| 06/04/13 | 000101 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond | 2300-000 | | 4.50 | 5,436.32 |
| 06/04/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2013 | 2600-000 | | 10.00 | 5,426.32 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - June, 2013 | 2600-000 | | 10.00 | 5,416.32 |
| * 07/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2013 | 2600-003 | | 10.00 | 5,406.32 |
| * 07/08/13 | | Reverses Adjustment OUT on 07/08/13 | BANK SERVICE FEE - May, 2013 DATE OF ENTRY INCORRECT | 2600-003 | | -10.00 | 5,416.32 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - July, 2013 | 2600-000 | | 10.00 | 5,406.32 |
| 09/05/13 | | CONGRESSIONAL BANK | REVERSAL OF BANK SERVICE FEE - 7/13 | 2600-000 | 10.00 | | 5,416.32 |
| 11/05/13 | 000102 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,300.05 | 4,116.27 |
| 11/05/13 | 000103 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,970.66 | 2,145.61 |
| 11/05/13 | 000104 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 279.03 | 1,866.58 |
| 11/05/13 | 000105 | Discover Bank/Discover Financial Services PO Box 3025 New Albany OH 43054 | Claim 000001, Payment 3.8% | 7100-000 | | 170.36 | 1,696.22 |
| * 11/05/13 | 000106 | ECMC 7325 Beaufont Springs | Claim 000002, Payment 3.8% | 7100-003 | | 178.34 | 1,517.88 |

Page Subtotals    5,485.23    3,967.35

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-70731 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | WENZEL, PAUL J JR. | | Bank Name: | CONGRESSIONAL BANK |
| | WENZEL, CHRISTENE A | | Account Number / CD #: | *******3937 GENERAL CHECKING |
| Taxpayer ID No: | *******4459 | | | |
| For Period Ending: | 03/14/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 200 | | | | | |
| | | Richmond, VA 23225 | | | | | |
| 11/05/13 | 000107 | MN Office of Higher Education | Claim 000003, Payment 3.8% | 7100-000 | | 120.03 | 1,397.85 |
| | | P O Box 64449 | | | | | |
| | | St Paul, MN 55164 | | | | | |
| 11/05/13 | 000108 | John P. Konecnik, Jr. | Claim 000005, Payment 3.8% | 7100-000 | | 1,141.95 | 255.90 |
| | | c/o Peter J. Ludwig, Attorney | | | | | |
| | | 217 E. Jefferson Street, Box 190 | | | | | |
| | | Burlington, WI 53105 | | | | | |
| 11/05/13 | 000109 | Schneider Training Academy | Claim 000006, Payment 3.8% | 7100-000 | | 90.84 | 165.06 |
| | | 911 Glory Rd. | | | | | |
| | | Greenbay, WI 54306 | | | | | |
| * 11/05/13 | 000110 | Roundup Funding, LLC | Claim 000007, Payment 3.8% | 7100-003 | | 4.51 | 160.55 |
| | | MS 550 | | | | | |
| | | PO Box 91121 | | | | | |
| | | Seattle, WA 98111-9221 | | | | | |
| * 11/05/13 | 000111 | ROUNDUP FUNDING, L.L.C. | Claim 000008, Payment 3.8% | 7100-003 | | 7.47 | 153.08 |
| | | MS 550 | | | | | |
| | | PO Box 91121 | | | | | |
| | | SEATTLE, WA 98111-9221 | | | | | |
| 11/05/13 | 000112 | Department of the Treasury-Internal Revenue Service | Claim 000009, Payment 3.7% | 7100-000 | | 0.21 | 152.87 |
| | | Centralized Insolvency Operations | | | | | |
| | | P O Box 21126 | | | | | |
| | | Philadelphia, PA 19114 | | | | | |
| * 11/05/13 | 000113 | Roundup Funding, LLC | Claim 000010, Payment 3.8% | 7100-003 | | 4.15 | 148.72 |
| | | MS 550 | | | | | |
| | | PO Box 91121 | | | | | |
| | | Seattle, WA 98111-9221 | | | | | |
| 11/05/13 | 000114 | Mercy Health System | Claim 000011, Payment 3.8% | 7100-000 | | 3.48 | 145.24 |
| | | c/o AmeriCollect | | | | | |

Page Subtotals       0.00       1,372.64

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-70731 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | WENZEL, PAUL J JR. | | Bank Name: | CONGRESSIONAL BANK |
| | WENZEL, CHRISTENE A | | Account Number / CD #: | *******3937  GENERAL CHECKING |
| Taxpayer ID No: | *******4459 | | | |
| For Period Ending: | 03/14/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 11/05/13 | 000115 | Post Office Box 1566<br>Manitowoc, WI 54221<br>Warren E Wolschiager PC<br>Wolschiager Chiropractic Health Ctr<br>1408 S Main St<br>Algonquin, IL 60102 | Claim 000014, Payment 3.8% | 7100-000 | | 145.24 | 0.00 |
| * | 11/07/13 | 000106 | ECMC<br>7325 Beaufont Springs<br>Suite 200<br>Richmond, VA 23225 | Claim 000002, Payment 3.8%<br>Claim transferred to Great Lakes Higher Education Guarantee Corp. | 7100-003 | | -178.34 | 178.34 |
| * | 11/07/13 | 000110 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000007, Payment 3.8%<br>Claim transferred to World Financial Network National Bank | 7100-003 | | -4.51 | 182.85 |
| * | 11/07/13 | 000111 | ROUNDUP FUNDING, L.L.C.<br>MS 550<br>PO Box 91121<br>SEATTLE, WA 98111-9221 | Claim 000008, Payment 3.8%<br>Claim transferred to B-Line, LLC | 7100-003 | | -7.47 | 190.32 |
| * | 11/07/13 | 000113 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000010, Payment 3.8%<br>Claim transferred to B-Line, LLC | 7100-003 | | -4.15 | 194.47 |
| | 11/07/13 | 000116 | GREAT LAKES HIGHER EDUCATION GUARANTEE CORP.<br>POB 7858<br>MADISON, WI 53704-7858 | Claim 000002, Payment 3.8% | 7100-000 | | 178.34 | 16.13 |
| | 11/07/13 | 000117 | WORLD FINANCIAL NETWORK NATIONAL BANK<br>C/O WEINSTEIN & RILEY,P.S.<br>2101 4TH AVE., STE. 900 | Claim 000007, Payment 3.8%<br>World Financial Network National Bank - Express | 7100-000 | | 4.51 | 11.62 |

Page Subtotals          0.00          133.62

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

Case 06-70731   Doc 119   Filed 04/04/14   Entered 04/04/14 14:26:50   Desc Main
Document      Page 16 of 16

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-70731 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WENZEL, PAUL J JR. | Bank Name: | CONGRESSIONAL BANK |
|  | WENZEL, CHRISTENE A | Account Number / CD #: | *******3937  GENERAL CHECKING |
| Taxpayer ID No: | *******4459 |  |  |
| For Period Ending: | 03/14/14 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/07/13 | 000118 | B-LINE, LLC<br>MAIL STOP 550<br>2101 4TH AVE., STE. 1030<br>SEATTLE, WA  98121 | Claim 000008, Payment 3.8%<br>B-Line, LLC/Sherman Acquisition, LLC/MCI Communication Services, Inc. | 7100-000 |  | 7.47 | 4.15 |
| 11/07/13 | 000119 | B-LINE, LLC<br>MAIL STOP 550<br>2101 4TH AVE., STE. 1030<br>SEATTLE, WA  98121 | Claim 000010, Payment 3.8%<br>B-Line, LLC/Cingular Wireless, LLC | 7100-000 |  | 4.15 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,485.23 | 5,485.23 | 0.00 |
| Less:  Bank Transfers/CD's | 5,475.23 | 0.00 |
| Subtotal | 10.00 | 5,485.23 |
| Less:  Payments to Debtors |  | 0.00 |
| Net | 10.00 | 5,485.23 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********3419 | 5,500.47 | 25.24 | 0.00 |
| GENERAL CHECKING - ********3937 | 10.00 | 5,485.23 | 0.00 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 5,510.47 | 5,510.47 | 0.00 |
|  | ============= | ============= | ============= |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          11.62

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*